**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW**:

☐ **TOO VOLUMINOUS**

√ **QUALITY NOT LEGIBLE (Quality of Exhibit (s) not legible)**

☐ **FONT TOO SMALL**

☐ **PHOTOGRAPHS**

☐ **OTHER:** _____

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE.   THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M.  MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS.   TO OBTAIN A  COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT  312-435-5699.**